IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SENRICK SHERN WILKERSON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:12-CV-1832-K |
| ) | |
| ) | |
| DALLAS POLICE DEPARTMENT, ) | |
| et al., ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. In this case, plaintiff raises claims regarding his trial and convictions for sexual assault. Plaintiff's prior civil cases against most of the same defendants, which raised claims regarding his arrest, trial, and convictions were dismissed as barred under *Heck v. Humphrey*, 512 U.S. 477 (1994). *See Wilkerson v. Brooke, et. al.*, No. 3:11-cv-659-B (N.D. Tex. May 18, 2011); *Wilkerson v. Grona-Robb, et. al*, No. 3:11-cv-1242-N (N.D. Tex. Nov. 10, 2011). Plaintiff has now merely added the Dallas Police Department as a defendant, but his claims still remain barred by *Heck*. Plaintiff's Objections filed on July 10, 2012, are

hereby **OVERRULED**. Further, any other request for relief by the plaintiff is hereby **DENIED**.

Accordingly, this complaint is **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). Plaintiff is further **WARNED** that if he files any further civil suits raising claims regarding his criminal trial and convictions, he could be subject to monetary sanctions.

**SO ORDERED.**

Signed July 12th, 2012.

*Ed Kinkeade*
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**

2